# UNITED STATES DISTRICT COURT

## Western District of Missouri

JUDGMENT IN A CIVIL CASE

ECCLESIASTICAL DENZEL WASHINGTON,

    v.

MATT BLUNT,Governor, et al.,

Case Number: 07-4109-CV-C-SOW

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

- that the Report and Recommendation of November 1, 2007, is adopted.
- that defendants' motion of September 14, 2007, is granted, in part, and denied, in part, as follows:
  (1) that plaintiff's complaint is dismissed, without prejudice, pursuant to 28 U.S.C.§ 1997(e), for failure to exhaust administrative remedies; and
  (2) that defendants' motion to dismiss for failure to state a claim and because defendants are entitled to qualified immunity is denied.
- that plaintiff's motion to stay are denied.

Entered on: December 18, 2007

| | |
|---|---|
|    December 18, 2007 | Patricia L Brune |
| Date | Clerk |

                                        G Richardson
                                       (By) Deputy Clerk